IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY R. MARSH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CORRECTIONS CARE SOUTIONS, *et al.* )<br>)<br>Defendants. )<br>) | Civil Action No. 2:24-cv-1222<br>Judge Stephanie L. Haines<br>Magistrate Judge Maureen P. Kelly |

## **MEMORANDUM ORDER**

Presently before the Court is a complaint in civil action pursuant to 42 U.S.C. § 1983 filed *pro se* by Timothy R. Marsh ("Plaintiff") (ECF No. 1). Plaintiff complains of various civil rights violations while he was incarcerated at the State Correctional Institution at Camp Hill. This matter was referred to Magistrate Judge Maureen P. Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S.C. § 636, and Local Civil Rule 72.D.

On April 2, 2025, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 6) recommending that the Petition (ECF No. 1) be dismissed for failure to prosecute. Petitioner was advised he could file objections to the Report and Recommendation within fourteen (14) days. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. Petitioner has not filed any objections, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 6) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter. Magistrate Judge Kelly correctly found that the balance of

the *Poulis* factors weighed in favor of dismissal. Plaintiff failed to submit a motion for leave to proceed *in forma pauperis* or pay the filing fee; failed to provide authorization for the withdrawal of funds from his inmate account; and failed to submit an amended complaint as directed by the Court.

Accordingly, the following order is entered:

## ORDER

AND NOW, this 22nd day of August, 2025, IT IS ORDERED that the complaint in civil action pursuant to 42 U.S.C. § 1983 (ECF No. 1) hereby is DISMISSED; and,

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 6) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that the Clerk of Court is directed to mark this matter closed.

Stephanie L. Haines
United States District Judge